NO. 07-05-0256-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 18, 2005

_____

IN RE BOBBY W. WILLARD, RELATOR

_____

Before REAVIS, CAMPBELL and HANCOCK, JJ.

*ON PETITION FOR WRIT OF MANDAMUS*

By this original proceeding, relator Bobby W. Willard, acting pro se[1] and *in forma pauperis*, seeks a writ of mandamus to compel the judge of the 364th District Court of Lubbock County, to rule on motions for "recusal, to compel disclosure of prior DNA autoradiograph results or sanction." We deny the petition.

Rule 52.3 of the Texas Rules of Appellate Procedure prescribes the mandatory contents for a petition for mandamus. Specifically, relator has failed to comply with subparagraphs (b), (c), (e), (f), (i) and (j) of Rule 52.3. Rule 52.7 of the Texas Rules of Appellate Procedure prescribes the record to be filed with the petition for mandamus. Specifically, relator has failed to comply with subparagraph (a)(1) of Rule 52.7. Thus,

---

[1]A pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure. *Holt v. F.F. Enterprises,* 990 S.W.2d 756, 759 (Tex. App.–Amarillo 1998, no pet.).

because relator has not complied with the requirements of Rule 52 of the Texas Rules of

Appellate Procedure, we deny the petition.


                                             Mackey K. Hancock
                                                   Justice